O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BRIAN WHITAKER, | Case No. 2:20-cv-09544-ODW (JEMx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| NASSIR SHOKRIAN et al., | |
| Defendants. | |

On December 20, 2021, Plaintiff Brian Whitaker moved for summary judgment as to his sole claim that Defendants Nassir Shokrian and Sarah L. Shokrian violated the Americans with Disabilities Act ("ADA") because they own real property facilitating a restaurant with allegedly non-compliant front doorway hardware. (Notice Mot., ECF No. 29.) On April 22, 2022, the Court denied Whitaker's Motion finding that the doorway hardware at issue did not violate the ADA as Whitaker alleged. Accordingly, the Court also sua sponte granted summary judgment in favor of Defendants.

The Court therefore **ORDERS, ADJUDGES,** and **DECREES** that judgment is entered for Defendants as the restaurant doorway hardware at issue did not violate the ADA.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 25, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**